## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JUAN CARLOS PEREZ GARCIA,

     Petitioner,

v.                                                                No. 2:26-cv-00581-DHU-JHR

DORA CASTRO, Warden of Otero County
Detention Facility; MARY DE ANDA-YBARRA,
ICE District Director, Otero, New Mexico; KRISTI
NOEM, in her capacity as Secretary of Homeland
Security; and PAM BONDI, in her capacity as Attorney
General of the United States,

     Respondents.

## FINAL JUDGMENT

THIS MATTER is before the Court on the Order Granting Petitioner Juan Carlos Perez Garcia's Petition for Writ of Habeas Corpus ("Petition"). Doc. 11. On June 8, 2026, the Court **GRANTED** the Petition, ordering Respondents to release Petitioner within twenty-four (24) hours of the Court's Order, and ordering Respondents to subject Petitioner to the same terms as his original Order of Release on Recognizance. *Id.* at 3. The Court also directed the parties to submit a Joint Status Report no later than June 10, 2026, confirming Petitioner's timely release. *Id.* As Petitioner requested to recover costs of suit in his Petition, the Court also directed Petitioner to file an application for costs pursuant to 28 U.S.C. § 2412 within thirty (30) days, which was on or before July 8, 2026. *Id.* at 4.

On June 10, 2026, the parties filed a Joint Status Report ("Report"). Doc. 12. In the Report, the parties confirmed that Respondents released Petitioner on June 9, 2026, at 1515 hours. *Id.* at 1.

Petitioner did not file an application for costs, and the deadline has passed.

Pursuant to Fed. R. Civ. P. 58(a), the Court will now issue its final judgment disposing of

the case. **IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Juan Carlos Perez

Garcia's Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) is **GRANTED**, and

the Clerk's Office may close this civil habeas case.

    **IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE